

# NUMBER 13-22-00577-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE ROBERT ALLEN SATTERFIELD

## On Petition for Writ of Mandamus.

# ORDER

## Before Chief Justice Contreras and Justices Longoria and Silva
## Order Per Curiam

Relator Robert Allen Satterfield has filed a petition for writ of mandamus seeking to compel the trial court to allow certain discovery, including testing and analysis of DNA and ballistics evidence, in a case in which relator has been charged with capital murder. By motion to stay, relator seeks to stay the underlying proceedings and the trial of this matter which is scheduled to commence on December 5, 2022.

The Court, having examined and fully considered the motion to stay, is of the opinion that it should be granted. Accordingly, we order the trial court proceedings,

including the trial of this matter, to be stayed pending further order of this Court. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). We request the real party in interest, the State of Texas, acting by and through the District Attorney of Wharton County, Texas, or any others whose interest would be directly affected by the relief sought, to file a response to the petition for writ of mandamus on or before the expiration of ten (10) days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2 (b).

Delivered and filed on the
2nd day of December, 2022.